No. 793.  MAGGIO v. ZEITZ, TRUSTEE IN BANKRUPTCY. February 5, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel C. Duberstein* and *Max Schwartz* for petitioner.  *Mr. Joseph Glass* for respondent.

No. 817.  CUDMORE, SECRETARY, v. BOWLES, PRICE ADMINISTRATOR.  February 5, 1945.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Messrs. Paul E. Jamieson* and *Thos. H. Patterson* for petitioner.  *Solicitor General Fahy, Messrs. Thomas I. Emerson* and *David London* for respondent.

No. 433.  HOWE, EXECUTRIX, v. UNITED STATES.  February 5, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Arnold R. Baar* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Miss Louise Foster* for the United States.

No. 556.  ROBERTS v. COMMISSIONER OF INTERNAL REVENUE.  February 5, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. R. B. Cannon* and *Harry C. Weeks* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, A. F. Prescott* and *Mrs. Muriel S. Paul* for respondent.